No. 96–8986. HOHN *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "In light of the fact that the Court of Appeals denied the petitioner's request

for a certificate of appealability, does this Court have jurisdiction to grant certiorari, vacate, and remand this case per the suggestion of the Acting Solicitor General?" Jeffrey S. Sutton, Esq., of Columbus, Ohio, a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* against this Court's jurisdiction.